McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Petitioners
UNITED STATES OF AMERICA and R.O. ALEX ALARCON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and ALEX ALARCON, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>JONATHAN A. HUNT,<br><br>Respondent. | 2:04-MC-0269-DFL-GGH<br><br>**ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT OF ORDER FILED NOVEMBER 29, 2004**<br><br>Taxpayer: JONATHAN A. HUNT<br><br>Date: July 28, 2005<br>Time: 10:00 a.m.<br>Ctrm: 24 (8th Fl., GGH) |

    Upon the Verified Petition Re: Civil Contempt by McGREGOR SCOTT, United States Attorney for the Eastern District of California, and the Exhibit attached thereto, it is hereby

    ORDERED that respondent, JONATHAN A. HUNT, appear before United States Magistrate Judge Gregory G. Hollows, in Courtroom 24 on the 8th floor of the United States Courthouse, 501 I Street, Sacramento, California, on July 28, 2005, at 10:00 a.m., and that respondent show cause as follows:

    1. Why the respondent, JONATHAN A. HUNT, should not be held in civil contempt of this Court for his failure to comply with the Order filed in this action on November 29, 2004, including producing the testimony and materials mandated by that Order; and

    2. Why the respondent should not be incarcerated and ordered to pay a daily fine until he complies with the Order and be subjected to compensatory fines for the resources

1

1  expanded in obtaining his compliance.

2      IT IS FURTHER ORDERED that within 7 calendar days after the filing of this Order,
3  the respondent shall file and serve a written response to the Verified Petition Re Civil
4  Contempt, supported by appropriate affidavits.  Only those issues brought into controversy by
5  the responsive papers and supported by affidavit will be considered at the hearing on this
6  Order, and any uncontested allegation in the Verified Petition Re: Civil Contempt will be
7  considered admitted.

8      Respondent is hereby notified that a failure to comply with this Order will subject
9  respondent to possible further sanctions for contempt of Court.

10      The Clerk shall forward copies of this Order to the Magistrate Judge, the respondent
11  and the United States Attorney.

12      It is SO ORDERED.

14  DATED: 7/5/05      /s/ Gregory G. Hollows
15      UNITED STATES MAGISTRATE JUDGE

16  hunt269.ord06