1 | McGREGOR W. SCOTT
United States Attorney
2 | YOSHINORI H. T. HIMEL
Assistant U. S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone:  (916) 554-2760

5 | Attorneys for Petitioners
UNITED STATES OF AMERICA and R.O. ALEX ALARCON
6 |

7 |

8 |                   IN THE UNITED STATES DISTRICT COURT FOR THE

9 |                            EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA and          2:04-mc-269-DFL-GGH
ALEX ALARCON, Revenue Officer,
12 | Internal Revenue Service,              **ORDER CONTINUING HEARING
                                          TO AUGUST 25, 2005**
13 |               Petitioners,
                                          Taxpayer: Jonathan A. Hunt
14 |        v.
                                          Date:  August 25, 2005
15 | JONATHAN A. HUNT,                      Time:  10:00 a.m.
                                          Ctrm: 24 (8th Fl., GGH)
16 |               Respondent.

17 |

18 |        Petitioners have applied for a continuance of the Show Cause hearing set for July 28,

19 | 2005, by Order to Show Cause filed July 6, 2005.  They have shown good cause.  They have

20 | ascertained all parties' schedules.  Accordingly, it is hereby ORDERED that the Show Cause

21 | hearing re contempt, originally set for July 28, 2005, is CONTINUED to August 25, 2005, at

22 | 10:00 a.m., before Judge Hollows in Courtroom 24 on the Eighth Floor of the Federal

23 | Courthouse at 501 I Street, Sacramento, California.

24 |        It is SO ORDERED.

25 |

26 | DATED: 7/15/05

                                          /s/ Gregory G. Hollows
27 |
                                          _____
                                          UNITED STATES MAGISTRATE JUDGE
28 | hunt269-2.ord07